FILED
July 8, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-08-0310-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| PAVEL ABRAMYAN, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PAVEL ABRAMYAN, Case No. CR.S-08-0310-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

   _X_   Unsecured Appearance Bond ($70,000.00)

   _X_   Appearance Bond with Surety ($30,000.00)

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The Defendant is ordered released forthwith pending the filing of the bond paperwork with the Court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/08/08  at  5:15pm

By _____
Edmund F. Brennan
United States Magistrate Judge