| | |
|---|---|
| 1 | HAYES H. GABLE III |
| 2 | Attorney at Law<br>State Bar No. 60368 |
| 3 | 428 J Street, Suite 350<br>Sacramento, CA 95814 |
| 4 | (916) 446-3331<br>Fax: (916) 447-2988 |
| 5 | Attorney for Defendant |
| 6 | PAVEL ABRAMYAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:-08-cr-00310-MCE |
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **PAVEL ABRAMYAN,** | Hon. Morrison C. England, Jr. |
| Defendant(s). | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Philip Ferrari , and defendant Pavel Abramyan, by and through his counsel,  Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, August 7, 2008, and to continue the matter to September 17, 2008, at 10:00 a.m., for status conference.

The reason for this continuance is that the defendant has recently received discovery and requires additional time to review same.  The parties further agree and stipulate that the period for the filing of this stipulation until September 17, 2008, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

1     It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
2 public's interest in commencing trial within 70 days.
3     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
4
5 IT IS SO STIPULATED
6 DATE: July 29, 2008

7                                               s/Hayes H. Gable, III
                                              **HAYES H. GABLE, III**
8                                                 Attorney for Defendant
                                                **PAVEL ABRAMYAN**
9

10 DATE: July 29, 2008

11                                               s/Hayes H. Gable, III for
                                              **PHILIP FERRARI**
12                                               Asst. U.S. Attorney

13 **ORDER FINDING EXCLUDABLE TIME**

14     For the reasons set forth in the accompanying stipulation and declaration of
15 counsel, the status conference in the above-entitled action is continued to September 17,
16 2008 at 9:00AM. The court finds excludable time in this matter from August 7, 2008, through
17 September 17, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow
18 continuity of counsel and to allow reasonable time necessary for effective presentation. For the
19 reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
20 requested continuance outweigh the best interests of the public and the defendant in a speedy
21 trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).
22 IT IS SO ORDERED.

23  Dated:  August 4, 2008

25                                    MORRISON C. ENGLAND, JR.
26                                    UNITED STATES DISTRICT JUDGE