McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
SEAN C. FLYNN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-08-310 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| PAVEL ABRAAMYAN, | ) | |
| | ) | Date: October 16, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Hon.  Morrison C. England, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Pavel Abraamyan, through his attorney, that the status conference hearing set for September 17, 2008, be vacated, and a status conference hearing be set for October 16, 2008 at 9:00 a.m.

The continuance is being requested because the parties need more time to review discovery, investigate the facts of the case and seek resolution.  Speedy trial time is to be excluded from the date of this order through the date of the status conference hearing set for October 16, 2008 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

-1-

DATED: September 15, 2008        /s/ Philip Ferrari for
                                 HAYES GABLE, ESQ.
                                 Attny. for Pavel Abraamyan



DATED: September 15, 2008        McGREGOR W. SCOTT
                                 United States Attorney

                            By: /s/ Philip Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney



**IT IS SO ORDERED.**


Dated: September 15, 2008

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE