HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
PAVEL ABRAMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAVEL ABRAMYAN,<br><br>    Defendant(s). | 2:08-CR-00310-MCE<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**<br><br>Hon. Morrison C. England, Jr. |

   Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Philip Ferrari , and defendant Pavel Abramyan, by and through his counsel,  Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, October 16, 2008, and to continue the matter to November 20, 2008, at 9:00 a.m., for status conference.

   The reason for this continuance is that the defendant has recently received additional discovery and requires time to review same and conduct legal research.  The parties further agree and stipulate that the period for the filing of this stipulation until November 20, 2008, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

DATE: October 14, 2008

    s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**PAVEL ABRAMYAN**

DATE: October 14, 2008

    s/Hayes H. Gable, III for
**PHILIP FERRARI**
Asst. U.S. Attorney

**ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to November 20, 2008 at 9:00 a.m. The court finds excludable time in this matter from October 16, 2008, through November 20, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: October 15, 2008

    MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE