1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   PAVEL ABRAMYAN

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| **UNITED STATES OF AMERICA**, | Case No. 2:08-cr-00310- MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **PAVEL ABRAMYAN,** | |
| | Hon. Morrison C. England, Jr. |
| Defendant(s). | |

18                          **STIPULATION**

19       Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Philip Ferrari , and defendant Pavel Abramyan, by and through his counsel,  Hayes H.

21  Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action,

22  November 20, 2008, and to continue the matter to January 15, 2009, at 9:00 a.m., for status

23  conference.

24       The reason for this continuance is that the defense counsel has recently received additional

25  discovery and requires time to review same with the defendant and consult further with the

26  Government.  The parties further agree and stipulate that the period for the filing of this

27  stipulation until  January 15, 2009, should be excluded in computing time for commencement of

28  trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §

    3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time

1  necessary for effective presentation.
2      It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
3  public's interest in commencing trial within 70 days.
4      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
5
6  IT IS SO STIPULATED
7  DATE: November 18, 2008

        /s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**PAVEL ABRAMYAN**

11  DATE: November 18, 2008

        /s/Hayes H. Gable, III for
**PHILIP FERRARI**
Asst. U.S. Attorney

14  **ORDER**

15  For the reasons set forth in the accompanying stipulation and declaration of
16  counsel, the status conference in the above-entitled action is continued to January 15,
17  2009, at 9:00 a.m. The court finds excludable time in this matter from November 20, 2008,
18  through  January 15, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow
19  continuity of counsel and to allow reasonable time necessary for effective presentation.  For the
20  reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
21  requested continuance outweigh the best interests of the public and the defendant in a speedy
22  trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).
23  IT IS SO ORDERED.
24   Dated:  November 19, 2008

        _____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE