1 HAYES H. GABLE III
Attorney at Law
2 State Bar No. 60368
428 J Street, Suite 350
3 Sacramento, CA 95814
(916) 446-3331
4 Fax: (916) 447-2988

5 Attorney for Defendant
PAVEL ABRAMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S-08-310 MCE |
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **PAVEL ABRAMYAN,** | Hon. Morrison C. England, Jr. |
| Defendant(s). | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Philip Ferrari , and defendant Pavel Abramyan, by and through his counsel,  Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, February 12, 2009, and to continue the matter to April 2, 2009, at 9:00 a.m., for status conference.

The reason for this continuance is that the parties require more time to negotiate a possible resolution of the case.   The parties further agree and stipulate that the period for the filing of this stipulation until April 2, 2009, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

1    It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
2    public's interest in commencing trial within 70 days.
3    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

5    IT IS SO STIPULATED
6    DATE: February 11, 2009

7                                                                           s/Hayes H. Gable, III
                                                                            **HAYES H. GABLE, III**
8                                                                           Attorney for Defendant
                                                                            **PAVEL ABRAMYAN**

10   DATE:  February 11, 2009                                               s/Hayes H. Gable, III for
                                                                            **PHILIP FERRARI**
11                                                                          Asst. U.S. Attorney

### ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to April 2, 2009, at 9:00 a.m. The court finds excludable time in this matter from February 12, 2009, through April 2, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  February 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE