1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   PAVEL ABRAMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| **UNITED STATES OF AMERICA**, | Cr. S-08-310 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **PAVEL ABRAMYAN,** | Hon. Morrison C. England, Jr. |
| Defendant(s). | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Philip Ferrari , and defendant Pavel Abramyan, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, May 21, 2009, and to continue the matter to June 11, 2009, at 9:00 a.m., for status conference.

The reason for this continuance is that the parties require more time to negotiate a possible resolution of the case, and defense counsel, in particular, needs additional time to research certain legal issues. The parties further agree and stipulate that the period for the filing of this stipulation until June 11, 2009, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: May 19, 2009

        s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**PAVEL ABRAMYAN**

DATE:  May 19, 2009

        s/Hayes H. Gable, III for
**PHILIP FERRARI**
Asst. U.S. Attorney

## ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to June 11, 2009, at 9:00 a.m. The court finds excludable time in this matter from May 21, 2009, through June 11, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  May 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE