```
1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   PAVEL ABRAMYAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **PAVEL ABRAMYAN,** <br><br> Defendant(s). | Cr. S-08-310  MCE <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br><br> Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Philip Ferrari , and defendant Pavel Abramyan, by and through his counsel,  Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, June 11, 2009, and to continue the matter to July 30, 2009, at 9:00 a.m., for status conference.

The reason for this continuance is that the parties require more time to negotiate a possible resolution of the case.  Counsel will be meeting soon in an attempt to resolve the major legal issues in the case.  It is anticipated that an agreement can be reached prior to the next status conference.  The parties further agree and stipulate that the period for the filing of this stipulation until July 30, 2009, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161 (h)(8)(B) (iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for

effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: June 9, 2009

    s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**PAVEL ABRAMYAN**

DATE:  June 9, 2009

    s/Hayes H. Gable, III for
**PHILIP FERRARI**
Asst. U.S. Attorney

**ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to July 30, 2009, at 9:00 a.m. The court finds excludable time in this matter from June 11, 2009,  through July 30, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  June 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE