1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   PAVEL ABRAMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **PAVEL ABRAMYAN,** <br><br> Defendant(s). | Cr. S-08-310  MCE <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br><br> Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Philip Ferrari , and defendant Pavel Abramyan, by and through his counsel,  Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, July 30, 2009, and to continue the matter to August 27 , 2009, at 9:00 a.m., for status conference.

The reason for this continuance is that the parties require more time to negotiate a possible resolution of the case.  Further, defense counsel requires additional time to review discovery which is currently in the possession of the government.  The parties further agree and stipulate that the period for the filing of this stipulation until August 27, 2009, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161 (h)(8)(B) (iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: July 28, 2009

    s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**PAVEL ABRAMYAN**

DATE:  July 28, 2009

    s/Hayes H. Gable, III for
**PHILIP FERRARI**
Asst. U.S. Attorney

## ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to August 27, 2009, at 9:00 a.m. The court finds excludable time in this matter from July 30, 2009, through August 27, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: July 28, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE