```
LAWRENCE G. BROWN
United States Attorney
PHILIP A. FERRARI
SEAN C. FLYNN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-08-00310 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| PAVEL ABRAAMYAN, | ) | |
| | ) | Date: September 17, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Hon. Morrison C. England, Jr. |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Pavel Abraamyan, through his attorney, that the status conference hearing set for August 27, 2009, be vacated, and a status conference hearing be set for September 17, 2009 at 9:00 a.m.

The continuance is being requested because the parties need more time to review discovery, investigate the facts of the case and seek resolution. Speedy trial time is to be excluded from the date of this order through the date of the status conference hearing set for September 17, 2009 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
DATED: August 25, 2009          /s/ Philip Ferrari for
                               HAYES GABLE, ESQ.
                               Attny. for Pavel Abraamyan



DATED: August 25, 2009         LAWRENCE G. BROWN
                               United States Attorney


                          By: /s/ Philip Ferrari
                               PHILIP A. FERRARI
                               Assistant U.S. Attorney
```

**IT IS SO ORDERED.**

Dated: August 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE