```
 1  HAYES H. GABLE III
    Attorney at Law
 2  State Bar No. 60368
    428 J Street, Suite 350
 3  Sacramento, CA 95814
    (916) 446-3331
 4  Fax: (916) 447-2988

 5  Attorney for Defendant
    PAVEL ABRAAMYAN
 6
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>             Plaintiff,<br><br>    vs.<br><br>**PAVEL ABRAAMYAN,**<br><br>             Defendant(s). | No. 2:08-cr-00310-MCE<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**<br><br>Hon. Morrison C. England, Jr. |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Philip Ferrari, and defendant Pavel Abraamyan, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, September 17, 2009, and to continue the matter to October 1, 2009, at 9:00 a.m., for status conference.

The reason for this continuance is that the government has recently provided the defense with a proposed plea agreement and supplemental discovery. Defense counsel requires additional time to review the agreement and discovery and discuss the same with the defendant.. The parties further agree and stipulate that the period for the filing of this stipulation until October 1, 2009, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161 (h)(8)(B) (iv) and

1  Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for
2  effective presentation.
3      It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
4  public's interest in commencing trial within 70 days.
5      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

7  IT IS SO STIPULATED
8  DATE: September 16, 2009

9                                   s/Hayes H. Gable, III
                                    **HAYES H. GABLE, III**
10                                  Attorney for Defendant
                                    **PAVEL ABRAAMYAN**

12 DATE:  September 16, 2009         s/Hayes H. Gable, III for
                                    **PHILIP FERRARI**
13                                  Asst. U.S. Attorney

**ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to October 1, 2009, at 9:00 a.m. The court finds excludable time in this matter from September 17, 2009, through October 1, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  September 17, 2009

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE