1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   PAVEL ABRAAMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08-cr-00310-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| PAVEL ABRAAMYAN, | Hon. Morrison C. England, Jr. |
| Defendant(s). | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Philip Ferrari , and defendant Pavel Abraamyan, by and through his counsel,  Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, October 1, 2009, and to continue the matter to October 15, 2009, at 9:00 a.m., for status conference.

The reason for this continuance is that the parties of recently concluded negotiations which have resulted in the resolution of the case.  However, defense counsel requires additional time to review the revised agreement and discuss the same with the defendant..

///

///

1  The parties further agree and stipulate that the period from the filing of this stipulation until
2  October 15, 2009, should be excluded in computing time for commencement of trial under the
3  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161 (h)(8)(B) (iv) and
4  Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for
5  effective presentation.
6      It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
7  public's interest in commencing trial within 70 days.
8      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
9
10 IT IS SO STIPULATED
11 DATE: September 30, 2009
12                                          s/Hayes H. Gable, III
                                            **HAYES H. GABLE, III**
13                                          Attorney for Defendant
                                            **PAVEL ABRAAMYAN**
14
15 DATE:  September 30, 2009                s/Hayes H. Gable, III for
                                            **PHILIP FERRARI**
16                                          Asst. U.S. Attorney
17
18  Dated:  September 30, 2009
19                                          _____
                                            MORRISON C. ENGLAND, JR.
20                                          UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to October 15, 2009, at 9:00 a.m. The court finds excludable time in this matter from September 30, 2009, through October 15, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.