```
LAWRENCE G. BROWN
United States Attorney
PHILIP FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cr-00310-MCE |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| PAVEL ABRAAMYAN, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Pavel Abraamyan, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 1029(c)(1)(C), defendant Pavel Abraamyan's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. One Compaq Presario lap top computer, Serial Number CNF3250KG3; and

    b. One TA48 Magnetic Stip Card Reader.

2. The above-listed property constitutes property used or intended to be used to commit a violation of 18 U.S.C. § 1029(a)(3).

1         3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2    designee) shall be authorized to seize the above-listed property.
3    The aforementioned property shall be seized and held by the United
4    States Postal Inspection Service, in its secure custody and
5    control.
6         4.   a.   Pursuant to 18 U.S.C. § 1029(c)(2), incorporating 21
7    U.S.C. § 853(n), and Local Rule 83-171, the United States shall
8    publish notice of the order of forfeiture.  Notice of this Order and
9    notice of the Attorney General's (or a designee's) intent to dispose
10   of the property in such manner as the Attorney General may direct
11   shall be posted for at least 30 consecutive days on the official
12   internet government forfeiture site www.forfeiture.gov.  The United
13   States may also, to the extent practicable, provide direct written
14   notice to any person known to have alleged an interest in the
15   property that is the subject of the order of forfeiture as a
16   substitute for published notice as to those persons so notified.
17             b.   This notice shall state that any person, other than
18   the defendant, asserting a legal interest in the above-listed
19   property, must file a petition with the Court within sixty (60) days
20   from the first day of publication of the Notice of Forfeiture posted
21   on the official government forfeiture site, or within thirty (30)
22   days from receipt of direct written notice, whichever is earlier.
23        5.   If a petition is timely filed, upon adjudication of all
24   third-party interests, if any, this Court will enter a Final Order
25   ///
26   ///
27   ///
28   ///

of Forfeiture pursuant to 18 U.S.C. § 1029(c)(1)(C) in which all interests will be addressed.

Dated: November 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE