BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00310-MCE |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| PAVEL ABRAAMYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about November 10, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 1029(c)(1)(C), based upon the plea agreement entered into between plaintiff and defendant Pavel Abraamyan forfeiting to the United States the following property:

      a)    One Compaq Presario lap top computer, Serial Number CNF3250KG3; and

      b)    One TA48 Magnetic Strip Card Reader.

AND WHEREAS, beginning on November 15, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice

1

1  advised all third parties of their right to petition the Court
2  within sixty (60) days from the first day of publication of the
3  notice for a hearing to adjudicate the validity of their alleged
4  legal interest in the forfeited property;
5      AND WHEREAS, the Court has been advised that no third party
6  has filed a claim to the subject property, and the time for any
7  person or entity to file a claim has expired.
8      Accordingly, it is hereby ORDERED and ADJUDGED:
9      1.  A Final Order of Forfeiture shall be entered forfeiting
10 to the United States of America all right, title, and interest in
11 the above-listed property pursuant to 18 U.S.C. § 1029(c)(1)(C),
12 to be disposed of according to law, including all right, title,
13 and interest of Pavel Abraamyan.
14     2.  All right, title, and interest in the above-listed
15 property shall vest solely in the United States of America.
16     3.  The United States Postal Inspection Service shall
17 maintain custody of and control over the subject property until
18 it is disposed of according to law.

Dated: June 1, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE