HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
PAVEL ABRAMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>PAVEL ABRAAMYAN,<br><br>             Defendant(s). | Cr. S-08-310 MCE<br><br>**REQUEST FOR ORDER AND ORDER FOR EXONERATION OR BOND AND RETURN OF PROPERTY**<br><br><br>Judge: Hon. Morrison C. England, Jr. |

Defendant, Pavel Abraamyan, having pleaded guilty to a violation of 18 U.S.C. 1029(a)(3) - (Possession of More than Fifteen Unauthorized Access Devices), was sentenced by this Court to a term of 46 months in BOP. He had previously been admitted to pretrial release by the Hon. Edmund F. Brennan, on $100,000 bond – $70,000 unsecured and $30,000 secured by two automobiles, owned by the defendant's wife.

///
///
///

The defendant is now in the custody of the BOP, having self-surrendered at Herlong FCI.

1

It is hereby requested that the bond be exonerated and that the clerk of the court be directed to return the pink slips to the two vehicles to Anna Akulyan.

Dated: June 21, 2010

                                   Respectfully submitted,

                               /s/ Hayes H. Gable, III
                              HAYES H. GABLE, III
                              Attorney for Defendant
                              Paval Abraamyan

**ORDER**

**IT IS HEREBY ORDERED** that the $100,000 bond, secured in part by two vehicles, be exonerated.

**IT IS FURTHER ORDERED** that the pink slips to the two vehicles be returned to Anna Akulyan.

Dated:  June 22, 2010

                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE